**Arlund H. BROCKMAN, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7073.

United States Court of Appeals, Federal Circuit.

March 12, 2008.

Arlund H. Brockman, pro se.

### ORDER

On February 4, 2008 the court issued an order allowing Arlund H. Brockman ("Brockman") 21 days to notify the court why this appeal should not be dismissed for lack of jurisdiction. Brockman has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.